# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO FEDERAL COURT, et al.,<br><br>　　　　　　Defendants. | Case No.  1:16-cv-00045-DAD-JLT (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS BASED ON PLAINTIFF'S FAILURE TO OBEY COURT ORDER AND TO PAY FILING FEE**<br><br>**(Doc. 6)**<br><br>**30-DAY DEADLINE** |

　　　　On January 11, 2016, Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  The Court denied the application and ordered him to pay the $400.00 filing fee within thirty days.  (Doc. 6.)  More than thirty days have passed and Plaintiff has failed to pay the filing fee.  However, he did file a motion for reconsideration which the Court denied.  (Docs. 7, 8.)

　　　　A civil action may not proceed absent the submission of either the filing fee or an approved application to proceed *in forma pauperis*.  28 U.S.C. §§ 1914, 1915.  The Court denied Plaintiff's application to proceed *in forma pauperis* because he had filed at least three cases that failed to state a claim or were frivolous and his current action did not demonstrate he was at imminent danger of serious physical harm.  (Doc. 6.)  Despite being given thirty days to pay the filing fee in full, Plaintiff has failed to do so.

　　　　Based on Plaintiff's ineligibility to proceed *in forma pauperis* and his failure to comply

1

with the Court's order to pay the filing fee in full, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110. Accordingly, the Court RECOMMENDS that this action be DISMISSED without prejudice for Plaintiff's failure to pay the $400.00 filing fee and that Plaintiff's motion for joinder under Rule 19 be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within 30 days after being served with these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991); <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 834 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:  **April 27, 2016**                           **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE